FID-11947656

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
2:13 pm, Apr 08 2026
WESTERN NORTH CAROLINA
ASHEVILLE

United States of America
v.
Donta Dewayne Harris

*Defendant*

Case No. 1:26-cr-26-MR-WCM

FILED
Asheville
Aug 05 2026
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Donta Dewayne Harris, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Aiding and abetting each other, and others known and unknown to the Grand Jury, embezzled, purloined, willfully misapplied, and took and carried away with intent to steal, money and property in excess of $1,000.00 belonging to Harrah's Cherokee Valley River Casino.

Date: 4/7/2026

[signature]
*Issuing officer's signature*

City and state: Asheville, NC

Katherine Simon, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/7/26, and the person was arrested on *(date)* 7/16/26 at *(city and state)* Marietta, GA.

Date: 7/16/26

[signature] 31317
*Arresting officer's signature*

Shawn Sellards, Deputy U.S. Marshal
*Printed name and title*